118

129 A.3d 326
NL INDUSTRIES, INC., PLAINTIFF–RESPONDENT, v. STATE
OF NEW JERSEY, DEFENDANT–MOVANT.

January 15, 2016.

It is ORDERED that the motion for leave to appeal is granted.